IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>                                                          )<br>            Plaintiff(s),                         )<br>                                                          )<br>vs.                                                     )<br>                                                          )<br>Marco Antonio Valenzuela,             )<br>Clemente Martin Valenzuela,         )<br>Marco Frias,                                    )<br>Mario Imperial,                                )<br>Alberto Valenzuela Ramirez,<br><br>            Defendant(s). | NO. CR 09-1603-TUC-JMR (JCG)<br><br>ORDER |

Re: Continuance of trial

This matter is presently set for trial on October 6, 2009. The Defendant filed a motion to continue and for the reasons set forth therein additional time is required to adequately prepare for trial. The Government and Co-Defendant(s) have no objection.

The Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial because, for the reasons set forth in the motion, failure to grant the continuance is likely to result in a miscarriage of justice if the defendant(s) are required to go to trial on the present trial date.

IT IS ORDERED as follows:

1. The date by which the referred magistrate judge hears the change of plea must be no later than 3:00 p.m. on November 20, 2009.

2. That this matter is RESET for trial on **December 8, 2009 at 9:30 a.m. Counsel are to be present at 9:00 a.m.**

3. Excludable delay under 18 U.S.C. §3161(h)(8) is found to begin on October 7,

1 | 2009 and end on December 8, 2009.  Such time shall be in addition to other excludable time
2 | under the Speedy Trial Act and shall commence as of the day following the day that would
3 | otherwise be the last day for commencement of trial.
4 |     4. That any and all subpoenas previously issued shall remain in full force and effect
5 | through the new trial date.
6 |     5. Any motion or stipulation to continue the scheduled trial date and change of plea
7 | hearing deadline shall be filed with the Clerk of Court no later than 5:00 p.m. Monday,
8 | November 30, 2009.
9 |     DATED this 1st day of September, 2009.

_____
John M. Roll
Chief United States District Judge

- 2 -